IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL DAVID KEINZ,

    Petitioner,

v.                      CASE NO. 5:05cv114-RH/WCS

JAMES CROSBY,

    Respondent.

_____/

## ORDER DENYING § 2254 PETITION

    This matter is before the court on the magistrate judge's report and recommendation (document 5), to which no objections have been filed. As set forth in the report and recommendation, this is an attempt to relitigate in this court the very same procedural issue that petitioner litigated and lost in the Middle District of Florida and now is attempting to pursue by appeal of the Middle District decision to the Eleventh Circuit. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "The petition under 28 U.S.C.

§2254 challenging petitioner's conviction out of the Circuit Court in Lee County, Florida, is DISMISSED without prejudice."  The clerk shall close the file.

SO ORDERED this 9th day of September, 2005.

                                       s/Robert L. Hinkle
                                       Chief United States District Judge